## EMPLOYEE INCOME RECORDS

The Debtor(s) anticipate(s) the following changes in income in the next year:

    None.

Pursuant to the requirements of 11 U.S.C. 707(b)(2)(C), Debtor(s) state(s) that the information provided in Schedule I is based on an analysis of the income received by the Debtor(s) in the past year adjusted, when appropriate, to show actual current monthly income. Paycheck stubs, bank statements and other evidence of income have been used by the Debtor(s) and their attorney for the calculations.

Evidence of 60 days of payments received from an employer are filed herewith as required by 11 U.S.C. 521(a)(1)(iv). Income figures shown on Form 22A are based on an average of the past six (6) months income received by the Debtor(s).

Absent an official form promulgated by the U.S. Bankruptcy Court or The Office of the U.S. Trustee, this statement shall constitute Debtor(s) statement of current income as required by U.S.C. 707(b)(2)(C) and 11 U.S.C. 521.

## DECLARATION OF DEBTOR(S) REGARDING EVIDENCE
## OF PAYMENTS RECEIVED FROM ANY EMPLOYER

The Debtor(s) hereby declare(s) **under penalty of perjury** that all evidence and advices of payments received from any employer within sixty (60) days before the date of the filing of the bankruptcy petition in this case are attached hereto and any absences or gaps in the such evidence are explained as follows:

_____ All income received is from sources other than an employer:
   _____ Social Security
   _____ Self Employment
   _____ Unemployment
   _____ Unemployed
   _____ Other: _____

_____ The gap in advices attached from _____ to _____
   is explained as follows: _____
   _____

_____ All advices are attached. The most recent paycheck attached is the last paycheck that I/We have received prior to filing.

Date: 2-24-08

_Linda Allard_
Debtor

Date: _____

_____
Debtor

Print   Close

# Statement of Earnings Details

## Employee Details

| | |
|---|---|
| **Employee ID** | 49811 |
| **Employee Name** | ALLARD, LINDA S. |
| **Employee SSN** | XXX-XX-1124 |
| **Home Address** | 1770 92ND ST #6201 WEST DES MOINES, IA 50266-3214 |
| **Company** | CATHOLIC HEALTH INITIATIVES |
| **Department** | 6517 |
| **MBO** | MERCY CLINICS, INC. |

## Payroll Details

| | |
|---|---|
| **Pay End Date** | Dec 06, 2008 |
| **Advice #** | 21003251 |
| **Date** | Dec 12, 2008 |

## Tax Details

| | |
|---|---|
| **Tax Status** | Single |
| **Tax Allowances** | 1 |

## Earnings

| Description | Current Hours | Current Rate | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| REGULAR | 62.00 | 13.1600 | 815.92 | 23,513.11 |
| PTO | 18.00 | 13.1600 | 236.88 | 2,600.70 |
| OVERTIME | 05.00 | 19.7400 | 98.70 | 4,546.16 |
| CELL PHONE INTERNET | 00.00 | | 23.08 | 577.00 |
| GROUP TERM LIFE | 00.00 | | 1.52 | 34.10 |
| BONUS | 00.00 | | 0.00 | 970.56 |
| HRA REBATE | 00.00 | | 0.00 | 100.00 |
| SHIFT 2 DIFF | 00.00 | | 0.00 | 3.50 |

## Taxes/Deductions

| Description | Current Period | Year To Date |
|---|---|---|
| MEDICAL PRE-TAX | 48.46 | 1,211.50 |
| FEDERAL INCOME TAX | 118.95 | 3,509.98 |
| MEDICARE TAX | 16.35 | 451.44 |
| SOCIAL SECURITY TAX | 69.92 | 1,930.29 |
| IA STATE INCOME TAX | 44.00 | 1,264.00 |
| FOUNDATION 1 | 0.00 | 0.00 |
| CAFETERIA | 0.00 | 13.67 |

## Direct Deposit Distribution

| Type | Account | Amount |
|---|---|---|
| CHECKING | XXXXXX5670 | 876.90 |

## PTO Summary

| Hours Type | Earned this Period | Available Hours |
|---|---|---|
| EIB BALANCE | 0.00 | 0.00 |
| PTO BALANCE | 7.69 | 91.87 |

## Pay Summary

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,176.10 | 1,127.64 | 249.22 | 297.68 | 876.90 |
| **YTD** | 32,345.13 | 31,133.63 | 7,155.71 | 8,426.12 | 23,884.91 |

Close

Print   Close

# Statement of Earnings Details

## Employee Details

| | |
|---|---|
| **Employee ID** | 49811 |
| **Employee Name** | ALLARD, LINDA S. |
| **Employee SSN** | XXX-XX-1124 |
| **Home Address** | 1770 92ND ST #6201 WEST DES MOINES, IA 50266-3214 |
| **Company** | CATHOLIC HEALTH INITIATIVES |
| **Department** | 6517 |
| **MBO** | MERCY CLINICS, INC. |

## Payroll Details

| | |
|---|---|
| **Pay End Date** | Dec 20, 2008 |
| **Advice #** | 21043372 |
| **Date** | Dec 26, 2008 |

## Tax Details

| | |
|---|---|
| **Tax Status** | Single |
| **Tax Allowances** | 1 |

## Earnings

| Description | Current Hours | Current Rate | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| REGULAR | 80.00 | 13.1600 | 1,052.80 | 24,565.91 |
| OVERTIME | 10.00 | 19.7400 | 197.40 | 4,743.56 |
| CELL PHONE INTERNET | 00.00 | | 23.08 | 600.08 |
| GROUP TERM LIFE | 00.00 | | 1.52 | 35.62 |
| PTO | 00.00 | | 0.00 | 2,600.70 |
| BONUS | 00.00 | | 0.00 | 970.56 |
| HRA REBATE | 00.00 | | 0.00 | 100.00 |
| SHIFT 2 DIFF | 00.00 | | 0.00 | 3.50 |

## Taxes/Deductions

| Description | Current Period | Year To Date |
|---|---|---|
| MEDICAL PRE-TAX | 48.46 | 1,259.96 |
| FEDERAL INCOME TAX | 133.76 | 3,643.74 |
| MEDICARE TAX | 17.78 | 469.22 |
| SOCIAL SECURITY TAX | 76.03 | 2,006.32 |
| IA STATE INCOME TAX | 49.22 | 1,313.22 |
| FOUNDATION 1 | 0.00 | 0.00 |
| CAFETERIA | 0.00 | 13.67 |

## Direct Deposit Distribution

| Type | Account | Amount |
|---|---|---|
| CHECKING | XXXXXX5670 | 948.03 |

## PTO Summary

| Hours Type | Earned this Period | Available Hours |
|---|---|---|
| EIB BALANCE | 0.00 | 0.00 |
| PTO BALANCE | 7.69 | 99.56 |

## Pay Summary

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,274.80 | 1,226.34 | 276.79 | 325.25 | 948.03 |
| **YTD** | 33,619.93 | 32,359.97 | 7,432.50 | 8,751.37 | 24,832.94 |

Close

Print   Close

# Statement of Earnings Details

| Employee Details | |
|---|---|
| **Employee ID** | 49811 |
| **Employee Name** | ALLARD, LINDA S. |
| **Employee SSN** | XXX-XX-1124 |
| **Home Address** | 1770 92ND ST #6201 WEST DES MOINES, IA 50266-3214 |
| **Company** | CATHOLIC HEALTH INITIATIVES |
| **Department** | 6517 |
| **MBO** | MERCY CLINICS, INC. |

| Payroll Details | |
|---|---|
| **Pay End Date** | Jan 03, 2009 |
| **Advice #** | 21084286 |
| **Date** | Jan 09, 2009 |

| Tax Details | |
|---|---|
| **Tax Status** | Single |
| **Tax Allowances** | 1 |

## Earnings

| Description | Current Hours | Current Rate | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| PTO | 62.00 | 13.1600 | 815.92 | 815.92 |
| REGULAR | 18.00 | 13.1600 | 236.88 | 236.88 |
| CELL PHONE INTERNET | 00.00 | | 23.08 | 23.08 |
| GROUP TERM LIFE | 00.00 | | 1.52 | 1.52 |

## Taxes/Deductions

| Description | Current Period | Year To Date |
|---|---|---|
| MEDICAL PRE-TAX | 52.63 | 52.63 |
| FEDERAL INCOME TAX | 102.47 | 102.47 |
| MEDICARE TAX | 14.86 | 14.86 |
| SOCIAL SECURITY TAX | 63.54 | 63.54 |
| IA STATE INCOME TAX | 38.09 | 38.09 |

## Direct Deposit Distribution

| Type | Account | Amount |
|---|---|---|
| CHECKING | XXXXXX5670 | 804.29 |

## PTO Summary

| Hours Type | Earned this Period | Available Hours |
|---|---|---|
| EIB BALANCE | 0.00 | 0.00 |
| PTO BALANCE | 7.69 | 45.25 |

## Pay Summary

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,077.40 | 1,024.77 | 218.96 | 271.59 | 804.29 |
| **YTD** | 1,077.40 | 1,024.77 | 218.96 | 271.59 | 804.29 |

Close

Print   Close

# Statement of Earnings Details

## Employee Details

| | |
|---|---|
| **Employee ID** | 49811 |
| **Employee Name** | ALLARD, LINDA S. |
| **Employee SSN** | XXX-XX-1124 |
| **Home Address** | 1770 92ND ST #6201 WEST DES MOINES, IA 50266-3214 |
| **Company** | CATHOLIC HEALTH INITIATIVES |
| **Department** | 6517 |
| **MBO** | MERCY CLINICS, INC. |

## Payroll Details

| | |
|---|---|
| **Pay End Date** | Jan 17, 2009 |
| **Advice #** | 21125509 |
| **Date** | Jan 23, 2009 |

## Tax Details

| | |
|---|---|
| **Tax Status** | Single |
| **Tax Allowances** | 1 |

## Earnings

| Description | Current Hours | Current Rate | Current Earnings | YTD Earnings |
|---|---|---|---|---|
| REGULAR | 74.25 | 13.1600 | 977.13 | 1,214.01 |
| PTO | 05.75 | 13.1600 | 75.67 | 891.59 |
| CELL PHONE INTERNET | 00.00 | | 23.08 | 46.16 |
| GROUP TERM LIFE | 00.00 | | 1.52 | 3.04 |

## Taxes/Deductions

| Description | Current Period | Year To Date |
|---|---|---|
| MEDICAL PRE-TAX | 52.63 | 105.26 |
| FEDERAL INCOME TAX | 102.47 | 204.94 |
| MEDICARE TAX | 14.86 | 29.72 |
| SOCIAL SECURITY TAX | 63.53 | 127.07 |
| IA STATE INCOME TAX | 38.09 | 76.18 |
| CAFETERIA | 6.16 | 6.16 |

## Direct Deposit Distribution

| Type | Account | Amount |
|---|---|---|
| CHECKING | XXXXXX5670 | 798.14 |

## PTO Summary

| Hours Type | Earned this Period | Available Hours |
|---|---|---|
| EIB BALANCE | 0.00 | 0.00 |
| PTO BALANCE | 7.69 | 53.35 |

## Pay Summary

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
|---|---|---|---|---|---|
| **Current** | 1,077.40 | 1,024.77 | 218.95 | 277.74 | 798.14 |
| **YTD** | 2,154.80 | 2,049.54 | 437.91 | 549.33 | 1,602.43 |

Close

Print   Close

# Statement of Earnings Details

| Employee Details | |
| --- | --- |
| **Employee ID** | 49811 |
| **Employee Name** | ALLARD, LINDA S. |
| **Employee SSN** | XXX-XX-1124 |
| **Home Address** | 1770 92ND ST #6201 WEST DES MOINES, IA 50266-3214 |
| **Company** | CATHOLIC HEALTH INITIATIVES |
| **Department** | 6517 |
| **MBO** | MERCY CLINICS, INC. |

| Payroll Details | |
| --- | --- |
| **Pay End Date** | Jan 31, 2009 |
| **Advice #** | 21167105 |
| **Date** | Feb 06, 2009 |

| Tax Details | |
| --- | --- |
| **Tax Status** | Single |
| **Tax Allowances** | 1 |

## Earnings

| Description | Current Hours | Current Rate | Current Earnings | YTD Earnings |
| --- | --- | --- | --- | --- |
| REGULAR | 62.25 | 13.1600 | 819.21 | 2,033.22 |
| PTO | 17.75 | 13.1600 | 233.59 | 1,125.18 |
| CELL PHONE INTERNET | 00.00 | | 23.08 | 69.24 |
| GROUP TERM LIFE | 00.00 | | 1.52 | 4.56 |

## Taxes/Deductions

| Description | Current Period | Year To Date |
| --- | --- | --- |
| MEDICAL PRE-TAX | 52.63 | 157.89 |
| FEDERAL INCOME TAX | 102.47 | 307.41 |
| MEDICARE TAX | 14.86 | 44.58 |
| SOCIAL SECURITY TAX | 63.54 | 190.61 |
| IA STATE INCOME TAX | 38.09 | 114.27 |
| CAFETERIA | 0.00 | 6.16 |

## Direct Deposit Distribution

| Type | Account | Amount |
| --- | --- | --- |
| CHECKING | XXXXXX5670 | 804.29 |

## PTO Summary

| Hours Type | Earned this Period | Available Hours |
| --- | --- | --- |
| EIB BALANCE | 0.00 | 0.00 |
| PTO BALANCE | 7.69 | 37.13 |

## Pay Summary

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| **Current** | 1,077.40 | 1,024.77 | 218.96 | 271.59 | 804.29 |
| **YTD** | 3,232.20 | 3,074.31 | 656.87 | 820.92 | 2,406.72 |

Close

Print    Close

# Statement of Earnings Details

| Employee Details | |
| --- | --- |
| **Employee ID** | 49811 |
| **Employee Name** | ALLARD, LINDA S. |
| **Employee SSN** | XXX-XX-1124 |
| **Home Address** | 1770 92ND ST #6201 WEST DES MOINES, IA 50266-3214 |
| **Company** | CATHOLIC HEALTH INITIATIVES |
| **Department** | 6517 |
| **MBO** | MERCY CLINICS, INC. |

| Payroll Details | |
| --- | --- |
| **Pay End Date** | Feb 14, 2009 |
| **Advice #** | 21208448 |
| **Date** | Feb 20, 2009 |

| Tax Details | |
| --- | --- |
| **Tax Status** | Single |
| **Tax Allowances** | 1 |

## Earnings

| Description | Current Hours | Current Rate | Current Earnings | YTD Earnings |
| --- | --- | --- | --- | --- |
| REGULAR | 80.00 | 13.1600 | 1,052.80 | 3,086.02 |
| CELL PHONE INTERNET | 00.00 | | 23.08 | 92.32 |
| OVERTIME | 00.50 | 19.7400 | 9.87 | 9.87 |
| GROUP TERM LIFE | 00.00 | | 1.52 | 6.08 |
| PTO | 00.00 | | 0.00 | 1,125.18 |

## Taxes/Deductions

| Description | Current Period | Year To Date |
| --- | --- | --- |
| MEDICAL PRE-TAX | 52.63 | 210.52 |
| FEDERAL INCOME TAX | 103.95 | 411.36 |
| MEDICARE TAX | 15.00 | 59.58 |
| SOCIAL SECURITY TAX | 64.14 | 254.75 |
| IA STATE INCOME TAX | 38.64 | 152.91 |
| CAFETERIA | 0.00 | 6.16 |

## Direct Deposit Distribution

| Type | Account | Amount |
| --- | --- | --- |
| CHECKING | XXXXXX5670 | 811.39 |

## PTO Summary

| Hours Type | Earned this Period | Available Hours |
| --- | --- | --- |
| EIB BALANCE | 0.00 | 0.00 |
| PTO BALANCE | 7.69 | 44.83 |

## Pay Summary

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Deductions | Net Pay |
| --- | --- | --- | --- | --- | --- |
| **Current** | 1,087.27 | 1,034.64 | 221.73 | 274.36 | 811.39 |
| **YTD** | 4,319.47 | 4,108.95 | 878.60 | 1,095.28 | 3,218.11 |

Close